IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

SYMBOL TECHNOLOGIES, INC.,

    Plaintiffs,

- v -

METROLOGIC INSTRUMENTS, INC.,

    Defendant.

---------------------------------X

**JUDGE KAPLAN**

**07 CIV 8635**

No. 07 – Civ. - _____

ECF CASE

JURY TRIAL DEMANDED

RECEIVED OCT 0 5 2007 U.S.D.C. S.D.N.Y. CASHIERS

## PLAINTIFFS' RULE 7.1 STATEMENTS

Pursuant to Federal Rule of Civil Procedure 7.1(b), Plaintiff Symbol Technologies, Inc., by its undersigned attorneys, states that Motorola, Inc. is its parent corporation, and that Motorola, Inc. owns 100% of its stock.

Dated: New York, New York
      October 5, 2007

Respectfully submitted,

HOGAN & HARTSON LLP

By: _____
Eric J. Lobenfeld (EJL-4560)
Ira J. Schaefer (IJS-6172)
Arun Chandra (AC-4403)

875 Third Avenue
New York, New York 10022
(212) 918-3000

*Attorneys for Plaintiff*
*Symbol Technologies, Inc.*

8