UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

SYMBOL TECHNOLOGIES, INC.,

        Plaintiff,

- v -

METROLOGIC INSTRUMENTS, INC.,

        Defendant.

------------------------------------X

No. 07 Civ. 8635 (LAK)

ECF CASE

STIPULATION AND
ORDER OF DISMISSAL

*RECEIVED JAN 0 7 2008 JUDGE KAPLAN'S CHAMBERS*

The parties hereby advise the Court of the execution of a Settlement and Patent Cross License Agreement (the "Agreement") to conclude the above-referenced litigation. Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and subject to the terms and conditions of the Agreement, it is hereby stipulated by the parties that this action, including all claims and counterclaims, is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: January 3, 2008

By: _____
Eric J. Lobenfeld (EL-4560)
Ira J. Schaefer (IS-6172)
Aryn Chandra (AC-4403)
HOGAN & HARTSON LLP
875 Third Avenue
New York, New York 10022
Tel.: (212) 918-3000
Fax: (212) 918-3100

*Attorneys for Plaintiff*
*Symbol Technologies, Inc.*

By: _____
Dennis J. Mondolino (DM-2221)
Michael F. Hurley (MH-5505)
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173
Tel.: (212) 547-5400
Fax: (212) 547-5444

*Attorneys for Defendant*
*Metrologic Instruments, Inc.*

SO ORDERED this 7th day of January, 2008

_____
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08